636

440 A.2d 1257

Commonwealth v. Lang, Appellant.

Submitted September 10, 1981. Thomas G. Klingensmith,. Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

440 A.2d 1257

Commonwealth v. Lewis, Appellant.

Submitted September 2, 1981. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

The order of the lower court is affirmed.